OFFICE OF DISCIPLINARY COUNSEL *v.* FRENDEN.

[Cite as *Disciplinary Counsel v. Frenden* (1996), 74 Ohio St.3d 601.]

(No. 95–2597—Submitted January 24, 1996—Decided February 28, 1996.)

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Mark H. Aultman,* for respondent.

---

*Per Curiam.* We concur in the findings of misconduct by the board. However, under these particular circumstances, we disagree with the board's recommended sanction. Therefore, respondent is hereby suspended from the practice of law in Ohio for a period of six months. Costs taxed to the respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents and would order a one-year suspension with six months stayed.